IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

VS.                                   No.    99-20114

TORRICK LYLES,

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE SENTENCING

This cause came on upon the motion of the Defendant to continue the sentencing hearing set on May 11, 2005 at 1:30 p.m. For good cause shown, the Court hereby grants the Defendant's motion. The sentencing is hereby reset for the 12th day of July, 2005 at 1:30 a.m./p.m.

**IT IS SO ORDERED** this 10th day of May, 2005.

BERNICE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-12-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 58 in case 2:99-CR-20114 was distributed by fax, mail, or direct printing on May 12, 2005 to the parties listed.

---

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT