AO 245 S (Rev. 4/90)(W.D. TN Rev.) Sheet 1

# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FILED BY _____ D.C.

05 JUL 20 AM 10: 05

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA
    Plaintiff,

VS.

    Case Number 2:99CR20114-01-D

TORRICK T. LYLES
    Defendant.

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
### (For Offenses Committed On or After November 1, 1987)

The defendant, Torrick T. Lyles, was represented by Michael Edwin Scholl, Esq.

It appearing that the defendant, who was convicted on May 10, 2000, in the above styled cause and was placed on Supervised Release for a period of three (3) years and has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **eighteen (18) months to run consecutively to the sentence imposed in 2:02cr20031-B; 2:02cr20333-B; 2cr02cr20484-B.**

The defendant is remanded to the custody of the United States Marshal.

Signed this the __19__ day of July, 2005.

BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE

Defendant's SS No.: 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
Defendant's Date of Birth: 01/10/1977
U.S. Marshal No.: 16873-076
Defendant's Mailing Address: 3781 Graves, Apt. 1, Memphis, TN 38116

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 2:99-CR-20114 was distributed by fax, mail, or direct printing on July 21, 2005 to the parties listed.

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Stuart J. Canale
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT